IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kucia, Michael T  
Kucia, Tracy L  
Printed: 7/3/07

Case Number: 07 B 04752  
Judge: Wedoff, Eugene R  
Filed: 3/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Transferred: May 31, 2007  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Key Bank USA National Association | Secured | 0.00 | 0.00 |
| 5. | National Capital Management | Secured | 0.00 | 0.00 |
| 6. | Key Bank USA National Association | Secured | 0.00 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 5,532.00 | 0.00 |
| 8. | Beneficial Illinois Inc | Secured | 1,940.75 | 0.00 |
| 9. | HSBC Mortgage Services | Secured | 3,099.75 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 50.42 | 0.00 |
| 11. | Great Lakes Credit Union | Secured | | No Claim Filed |
| 12. | American General Finance | Secured | | No Claim Filed |
| 13. | Great Lakes Credit Union | Unsecured | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | Best Buy | Unsecured | | No Claim Filed |
| 16. | Harlem Furniture | Unsecured | | No Claim Filed |
| 17. | Great Lakes Credit Union | Unsecured | | No Claim Filed |
| 18. | Janice A Lubas DDS PC | Unsecured | | No Claim Filed |
| 19. | Sams Club | Unsecured | | No Claim Filed |
| 20. | Great Lakes Credit Union | Unsecured | | No Claim Filed |
| 21. | Home Depot | Unsecured | | No Claim Filed |
| 22. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 23. | Harlem Furniture | Unsecured | | No Claim Filed |
| 24. | American General Finance | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kucia, Michael  T                                    Case Number:  07 B 04752
Kucia, Tracy  L                                                    Judge:  Wedoff, Eugene R
Printed:  7/3/07                                                   Filed:  3/18/07

| | | | |
|---|---|---|---|
| 26.  Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 27.  J C Penney Co Inc | Unsecured | | No Claim Filed |
| 28.  Silver Cross Hospital | Unsecured | | No Claim Filed |
| 29.  Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 30.  Home Depot | Unsecured | | No Claim Filed |
| 31.  Silver Cross Hospital | Unsecured | | No Claim Filed |

_____                   _____
$ 10,622.92                      $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate              Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_